UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN WILLIAM GALLMEIER, | : | Civil No. 1:19-cv-00497-RSK |
| Plaintiff, | : | Hon. Ray Kent |
| v. | : | United States Magistrate Judge |
| ANDREW SAUL,<br>Commissioner of Social Security, | : | |
| Defendant. | : | |

# JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to Defendant for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  December 9, 2019

                                                /s/ Ray Kent
                                                Hon. Ray Kent
                                                United States Magistrate Judge